UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LINCOLNSHIRE POLICE PENSION FUND, Derivatively on Behalf of EMERGENT BIOSOLUTIONS INC., <br><br>   Plaintiff, <br><br> v. <br><br> ROBERT G. KRAMER SR., FUAD EL-HIBRI, RICHARD S. LINDAHL, RONALD B. RICHARD, ZSOLT HARSANYI, LOUIS W. SULLIVAN, GEORGE A. JOULWAN, JEROME M. HAUER, KATHRYN C. ZOON, MARVIN WHITE, SYED T. HUSAIN, SUE BAILEY, <br><br>   Defendants, <br><br> -and- <br><br> EMERGENT BIOSOLUTIONS INC., a Delaware corporation, <br><br>   Nominal Defendant. | Case No.: 8:21-cv-01595-PWG <br><br> STIPULATION AND ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD AND LIAISON COUNSEL IN RELATED MATTERS |
| POOJA SAYAL, derivatively on behalf of EMERGENT BIOSOLUTIONS INC., <br><br>   Plaintiff, <br><br> vs. <br><br> ROBERT G. KRAMER SR., RICHARD S. LINDAHL, SYED T. HUSAIN, FUAD EL-HIBRI, SUE BAILEY, ZSOLT HARSANYI, JEROME HAUER, GEORGE JOULWAN, RONALD B. RICHARD, LOUIS W. SULLIVAN, MARVIN WHITE, and KATHRYN ZOON, <br><br>   Defendants, <br><br> -and- <br><br> EMERGENT BIOSOLUTIONS INC., <br><br>   Nominal Defendant. | Case No. 8:21-cv-02079-PWG |

WHEREAS, on June 29, 2021, plaintiff Lincolnshire Police Pension Fund ("Lincolnshire") filed its Verified Stockholder Derivative Complaint for Breach of Fiduciary Duty and Unjust Enrichment in the U.S. District Court for the District of Maryland (the "Court") on behalf of Emergent BioSolutions Inc. ("Emergent" or the "Company") against certain of the Company's officers and directors (the "*Lincolnshire* Action");

WHEREAS, on August 16, 2021, plaintiff Pooja Sayal ("Sayal" and with "Lincolnshire", "Plaintiffs") filed her Verified Shareholder Derivative Complaint in this Court on behalf of Emergent alleging similar claims against the same officers and directors and seeking similar relief as the *Lincolnshire* Action (the "*Sayal* Action");

WHEREAS, in an effort to assure consistent rulings and decisions and to avoid unnecessary duplication of effort, all of the undersigned counsel, on behalf of parties to this stipulation in the related Emergent stockholder derivative actions currently on file in this Court, enter into this stipulation.  The counsel are: (1) Tydings & Rosenberg LLP ("Tydings & Rosenberg") and Robbins LLP ("Robbins") on behalf of plaintiff Lincolnshire; (2) Murphy, Falcon & Murphy and The Brown Law Firm, P.C. on behalf of plaintiff Sayal; and (3) WilmerHale on behalf of individual defendants Robert G. Kramer Sr., Fuad El-Hibri, Richard S. Lindahl, Ronald B. Richard, Zsolt Harsanyi, Louis W. Sullivan, George A. Joulwan, Jerome M. Hauer, Kathryn C. Zoon, Marvin White, Syed T. Husain, Sue Bailey, and nominal defendant Emergent (collectively, "Defendants");

WHEREAS, the *Lincolnshire* and *Sayal* Actions arise out of the same alleged transactions and occurrences and involve the same or substantially similar alleged issues of fact and law;

WHEREAS, the Plaintiffs and Defendants (the "Parties") agree that, to ensure the orderly litigation of these derivative cases and to avoid duplication of efforts and unnecessary expenses, the actions should be consolidated (the "Consolidated Action");

WHEREAS, the Plaintiffs agree that Robbins should be appointed as Lead Counsel for plaintiffs in the Consolidated Action and Tydings & Rosenberg should be appointed as Liaison Counsel for plaintiffs in the Consolidated Action;

\* \* \*

Now, therefore, the Parties hereto stipulate and the Court ORDERS as follows:

**I.   CONSOLIDATION**

1. The following actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Lincolnshire Police Pension Fund v. Kramer Sr., et al.* | 8:21-cv-01595-PWG | 06/29/21 |
| *Sayal v. Kramer Sr., et al.* | 8:21-cv-02079-PWG | 08/16/21 |

2. The pleadings in the *Lincolnshire* Action shall be deemed the governing pleadings in the Consolidated Action.

**II.   CAPTION OF CASES**

3. Every pleading henceforth filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 8:21-cv-01595-PWG |

| This Document Relates To:<br><br>ALL ACTIONS. | (Consolidated with No. 8:21-cv-02079-PWG) |
|---|---|

4. The files of the Consolidated Action shall be maintained in one file under Master File No. 8:21-cv-01595-PWG.

5. Any other actions now pending or hereafter filed in or transferred to this Court which arise out of the same or similar facts as alleged in the above-identified cases may be consolidated for all purposes with these consolidated actions upon motion to the Court.

6. When a case that properly belongs as part of the *In re Emergent BioSolutions Inc. Stockholder Derivative Litigation*, Master File No. 8:21-cv-01595-PWG, is hereafter filed in the Court or transferred here from another court, counsel shall assist the Court in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of *In re Emergent BioSolutions Inc. Stockholder Derivative Litigation*, Master File No. 8:21-cv-01595-PWG, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

**III.   ORGANIZATION OF COUNSEL**

7. Lead Counsel for Plaintiffs for the conduct of the Consolidated Action is:

>ROBBINS LLP
>BRIAN J. ROBBINS
>CRAIG W. SMITH
>SHANE P. SANDERS
>EMILY R. BISHOP
>5040 Shoreham Place
>San Diego, CA 92122
>Telephone: (619) 525-3990
>Facsimile: (619) 525-3991
>brobbins@robbinsllp.com
>csmith@robbinsllp.com
>ssanders@robbinsllp.com
>ebishop@robbinsllp.com

8. Plaintiffs' Lead Counsel shall have authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9. Plaintiffs' Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any Plaintiffs except through Plaintiffs' Lead Counsel.

10. Plaintiffs' Lead Counsel also shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Lead Counsel shall be responsible for creating and maintaining a master service list of all Parties and their respective counsel. Service on Lead Counsel shall be sufficient as notice to Plaintiffs in this action.

11. Liaison Counsel for Plaintiffs for the conduct of these Consolidated Actions is:

> TYDINGS & ROSENBERG LLP
> JOHN B. ISBISTER
> DANIEL S. KATZ
> One East Pratt Street, Suite 901
> Baltimore, MD 21202
> Telephone: (410) 752-9700
> Facsimile: (410) 727-5460
> jisbister@tydingslaw.com
> dkatz@tydingslaw.com

12. Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communication with defendants' counsel on matters of case administration and scheduling. Liaison Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

13. Defendants take no position as to the appointment of Lead or Liaison Counsel and expressly preserve all of their rights and defenses.

14. Defendants' counsel may rely upon all agreements made with plaintiffs' Lead and Liaison Counsel, or other duly authorized representative of plaintiffs' Lead and Liaison Counsel, and such agreements shall be binding on all plaintiffs.

## IV.   RELATED MATTERS

15. Defendants' counsel shall and hereby do accept service of the complaint filed in the *Lincolnshire* and *Sayal* Actions on behalf of all Defendants.

16. Defendants need not respond to (a) the individual complaints (or any discovery requests) filed in the *Lincolnshire* or *Sayal* Actions, prior to the designation of an operative complaint or the filing of a consolidated complaint, or (b) any complaint (or discovery requests) in other derivative actions now pending before, or later filed in, remanded to, or transferred to, this Court which arise out of the same or similar facts and allegations contained in the related actions.  Nothing in this paragraph shall prevent plaintiffs from pursuing discovery after either (a) an operative complaint has been designated or (b) a consolidated complaint has been filed. Defendants reserve all rights to oppose any such discovery.

17. Plaintiffs shall either designate a complaint as operative or file a consolidated complaint within forty-five (45) days after the entry of an order granting this stipulation ("Order").  If filed, the consolidated complaint shall be deemed the operative complaint and shall supersede all complaints filed in any of the related actions or any other action subsequently consolidated herein.

18.     Within twenty (20) days of the filing of a consolidated complaint or designation of an operative complaint, the parties will meet and confer and propose for the Court's consideration a schedule for the consolidated action moving forward.

19.     Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), all Parties consent to service by e-mail of any document required to be served in the Consolidated Action.

IT IS SO STIPULATED.

Dated:  August 31, 2021

Respectfully submitted,

**ROBBINS LLP**

*/s/ Shane P. Sanders*
Shane P. Sanders (*Pro Hac Vice*)
Brian J. Robbins
Craig W. Smith (*Pro Hac Vice*)
Emily R. Bishop (*Pro Hac Vice*)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
           csmith@robbinsllp.com
           ssanders@robbinsllp.com
           ebishop@robbinsllp.com

*Counsel for Plaintiff Lincolnshire Police Pension Fund and [Proposed] Lead Counsel for Plaintiffs*

**TYDINGS & ROSENBERG LLP**
John B. Isbister (#00639)
jisbister@tydingslaw.com
Daniel S. Katz (#01148)
dkatz@tydingslaw.com
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone: (410) 752-9700
Facsimile: (410) 727-5460

*Local Counsel for Plaintiff Lincolnshire Police Pension Fund and [Proposed] Liaison Counsel for Plaintiffs*

| | |
|---|---|
| Dated: August 31, 2021 | **MURPHY, FALCON & MURPHY**<br><br>*/s/ Nikolotta S. Mendrinos*<br>Nikolotta S. Mendrinos, Esq. (Bar No.: 18961)<br>(signed by Shane P. Sanders with permission of Nikolotta S. Mendrinos)<br>One South Street, 30th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 539-6500<br>Facsimile: (410) 539-6599<br>E-mail: nikoletta.mendrinos@murphyfalcon.com<br><br>**THE BROWN LAW FIRM, P.C.**<br>Timothy Brown, Esq.<br>767 Third Avenue, Suite 2501<br>New York, NY 10017<br>Telephone: (516) 922-5427<br>Facsimile: (516) 344-6204<br>E-mail: tbrown@thebrownlawfirm.net<br><br>*Counsel for Plaintiff Pooja Sayal* |
| Dated: August 31, 2021 | **WILMERHALE**<br><br>*/s/ Michael G. Bongiorno*<br>Michael G. Bongiorno<br>(signed by Shane P. Sanders with permission of Michael G. Bongiorno)<br>Kim A. Crowley<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>E-mail: michael.bongiorno@wilmerhale.com<br>          kim.crowley@wilmerhale.com<br><br>*Counsel for defendants Robert G. Kramer Sr., Fuad El-Hibri, Richard S. Lindahl, Ronald B. Richard, Zsolt Harsanyi, Louis W. Sullivan, George A. Joulwan, Jerome M. Hauer, Kathryn C. Zoon, Marvin White, Syed T. Husain, Sue Bailey, and nominal defendant Emergent Biosolutions Inc.* |

1539719

## **ORDER**

The above Stipulation and Order Consolidating Actions and Appointing Lead and Liaison Counsel in Related Matters has been considered, and good cause appearing therefore,

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: <u>November 15, 2021</u>           <u>     /S/                                          </u>
                                        Hon. Paul W. Grimm
                                        United States District Judge